IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE CO., <br> Plaintiff | § | |
| v. | § | |
| MURRAY PALITZ, INDIVIDUALLY <br> AND D/B/A MICHIE'S MINI STORAGE, <br> Defendant | § | CIVIL ACTION NO. C-09-21 |
| MURRAY PALITZ, INDIVIDUALLY <br> AND D/B/A MICHIE'S MINI STORAGE, <br> Third Party Plaintiff | § | |
| v. | | |
| W. B. STANTON INSURANCE AGENCY, <br> Third Party Defendant | § | |

## ORDER OF DISMISSAL

The parties announced settlement on January 12, 2010. This case is dismissed provided either party may request reinstatement within thirty (30) days by filing a motion that the settlement did not consummate.

ORDERED this **29** day of January, 2010.

HAYDEN HEAD
SENIOR U. S. DISTRICT JUDGE